| | | | |
|---|---|---|---|
| | AUSA: Mark Bilkovic | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: Marvin Anthony | Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

Darryl Lamar KING

Case No.

Case: 2:26−mj−30287
Assigned To : Unassigned
Assign. Date : 5/15/2026
Description: CMP USA V. KING (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 12, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Marvin Anthony, Task Force Officer (F.B.I.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 15, 2026

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Kimberly G, Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marvin Anthony, being duly sworn, state:

## INTRODUCTION AND BACKGROUND

1. I submit this affidavit in support of a criminal complaint and arrest warrant for Darryl Lamar KING, for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

2. I submit this affidavit for the limited purpose of establishing probable cause that Darryl Lamar KING violated 18 U.S.C. § 922(g)(1). Therefore, the affidavit does not include all the information known to law enforcement related to this investigation.

3. I am a Sergeant with the City of Detroit Police Department, where I have been employed since February 2014. I was promoted to the rank of Sergeant in February 2022, and I am currently assigned to the Federal Bureau of Investigation Violent Crime Task Force ("VCTF") as a Task Force Officer ("TFO"). The VCTF is a specialized unit formed in collaboration with the Federal Bureau of Investigation ("FBI") and others.

4. I have over 12 years of law enforcement experience and more than 10 years working in an investigative capacity with the Detroit Police Department and FBI. I have specialized in firearm-related investigations throughout my career. This includes conducting firearm-related investigations and arrests.

5.     During my law enforcement career, I have participated in numerous federal and state criminal investigations involving firearms, violent crime, and drug trafficking, including investigations involving violations of 18 U.S.C. § 922(g)(1). I have participated in various aspects of these criminal investigations, including conducting interviews, physical surveillance, and obtaining and executing federal and state search warrants.

6.     As an FBI TFO, I am authorized to investigate violations of law of the United States and to execute warrants issued under the authority of the United States.

7.     The information set forth in this affidavit is based on my personal knowledge from participating in this investigation, including reviewing reports written by other law enforcement personnel, collaborating with other law enforcement personnel involved with the investigation, interviewing an eyewitness, and my training and experience.

## **PROBABLE CAUSE**

8.     The FBI is currently conducting a criminal investigation concerning Darryl Lamar KING for a violation of 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

9. On May 12, 2026, Detroit Police Department officers responded to a Dollar General store at 1727 E. State Fair, Detroit, Michigan, which is located in the Eastern District of Michigan.

10. As officers were traveling to the Dollar General, they were flagged down near the Dollar General by the victim ("VC"), who stated that an individual, later identified as Darryl Lamar KING ("KING") had stolen liquid laundry detergent from the Dollar General and was currently walking down the street. The VC stated that he went to confront KING regarding the theft, at which time KING produced a handgun and pointed it at him.

11. The officers conducted a canvass of the area as advised by the VC and observed KING walking away from the location pushing a bicycle and detained him pending further investigation.

12. With assistance from the VC, the officers were directed to a vacant field near where the VC observed KING go prior to the officers' arrival. While canvassing the area, an officer observed and recovered a black Ruger LC380 pistol bearing serial number 32643960 ("Ruger") and an inside the waistband ("IWB") handgun holster lying on the ground. An IWB holster is commonly used by handgun owners to secure their firearm on their person and concealed from public view.

3

13.     On May 13, 2026, I conducted a follow-up interview with the VC, who stated that on the date of the incident, he observed that when KING exited the Dollar General, his jacket appeared extremely puffy. The VC stated that as KING began walking away from the Dollar General pushing a bicycle, the VC approached him and asked, "What did you steal?" The VC stated that KING replied, "Here, you can take this shit back." The VC stated that KING then removed a container of liquid detergent from his jacket and threw it at the VC.

14.     The VC stated that he grabbed the container and threw it back at KING, striking him. The VC stated that after KING was struck with the container, KING stated, "Now you done fucked up" and pulled a black handgun from his waistband and pointed it towards the VC.

15.     The VC stated that KING began to walk away and that when officers arrived, KING changed direction and ran towards a vacant field in the immediate proximity of where the VC had observed KING with the handgun.

### King's Criminal History

16.     A review of KING's criminal history revealed that he has several prior felony convictions including convictions in 1993 for Armed Robbery and Felony Firearm in Detroit Recorders Court. In that case, KING was sentenced to a prison term of six months to 10 years on the Armed Robbery and a prison term of two years on the Felony Firearm. Therefore, I believe that when KING possessed

4

the Ruger on May 12, 2026, he knew that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

17. KING also has the following felony convictions:

a) 1990, Detroit Recorders Court: Del./Mfg. Controlled Substances Less than 50 Grams.

b) 2006, 16th Circuit Court: Retail Fraud First Degree.

c) 2008, 3rd Circuit Court: Retail Fraud First Degree.

### Firearms – Interstate Nexus

18. On May 14, 2026, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Interstate Nexus expert Kara Klupacs was provided a verbal description of the Ruger, including the serial number. Based on Special Agent Klupacs' training and experience, the Ruger was manufactured outside the state of Michigan, and therefore, traveled in and affected interstate or foreign commerce.

### CONCLUSION

19. Based on the above information, there is probable cause that on May 12, 2026, in the Eastern District of Michigan, Darryl Lamar KING, knowing that he had previously been convicted of a felony, knowingly possessed a firearm; specifically, a black Ruger LC380 pistol, in and affecting interstate or foreign commerce in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____

Marvin Anthony
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated:      May 15, 2026

6